```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    MARCUS M. KERNER, CSB No. 107014
 4  Assistant United States Attorney
         411 West Fourth Street, Suite 8000
 5       Santa Ana, California 92701
         Telephone: (714) 338-3532
 6       Facsimile: (714) 338-3523
         E-mail   : marcus.kerner@usdoj.gov
 7
    Attorneys for Defendant, Michael J. Astrue,
 8  Commissioner of Social Security
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| DARLA M. DEERING, | ) | No. ED CV 07-1260-OP |
| | ) | |
| Plaintiff, | ) | JUDGMENT OF REMAND |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

The Court having received and approved the Stipulation for Voluntary Remand pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered remanding this action to the Commissioner of Social Security for further action consistent with the Stipulation for Voluntary Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) lodged concurrent with the lodging of the within Judgment.

DATED: June 17, 2008

_____
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

THOMAS. P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

    /s/ Marcus M. Kerner
_____
MARCUS M. KERNER
Assistant United States Attorney

Attorneys for Defendant